UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

_____

| | |
|---|---|
| AGSTAR FINANCIAL SERVICES, PCA, and AGSTAR FINANCIAL SERVICES, FLCA, | Case No. 3:11-cv-00280 |
| | Judge Thomas M. Rose |
| Plaintiffs, | |
| v. | |
| EASTWOOD DAIRY, LLC, EASTWOOD DAIRY, an Ohio General Partnership, DIRK WINKEL, and STEPHEN T. METZGER, | |
| Defendants. | |

_____

### ORDER GRANTING FIRST APPLICATION OF RECEIVER FOR APPROVAL OF FEES AND EXPENSES

Roach & Associates ("Roach" or "Receiver") having filed a motion captioned: First Application of Receiver for Approval of Fees and Expenses" ("Motion") [Doc. #30]; the Motion having been served on all parties in interest as required by the Receivership Order and applicable law on January 30, 2012; the Plaintiff having approved the fees and expenses requested by the Receiver; no party in interest having filed an objection to the Motion; the Court being otherwise fully advised in the premises.

NOW, THEREFORE, it is hereby ordered that the Motion be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the fees and expenses sought in the Motion are hereby approved and allowed.

IT IS SO ORDERED.

```
             Thursday, February 23, 2012   s/Thomas M. Rose
Enter for this ____ day of _____, 2012.   _____
                                           Hon. Thomas M. Rose
                                           United States District Court
```