UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

---

AGSTAR FINANCIAL SERVICES, PCA,
and AGSTAR FINANCIAL SERVICES,
FLCA,

        Plaintiffs,

v.

EASTWOOD DAIRY, LLC, EASTWOOD
DAIRY, an Ohio General Partnership, DIRK
WINKEL, and STEPHEN T. METZGER,

        Defendants.

Case No. 3:11-cv-00280

Judge Thomas M. Rose

---

### ORDER GRANTING SECOND APPLICATION OF RECEIVER FOR APPROVAL OF FEES AND EXPENSES

Roach & Associates ("Roach" or "Receiver") having filed a motion captioned: Second Application of Receiver for Approval of Fees and Expenses" ("Motion") [Doc. #46]; the Motion having been served on all parties in interest as required by the Receivership Order and applicable law on April 11, 2012; the Plaintiff having approved the fees and expenses requested by the Receiver; no party in interest having filed an objection to the Motion; the Court being otherwise fully advised in the premises.

NOW, THEREFORE, it is hereby ordered that the Motion be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the fees and expenses sought in the Motion are hereby approved and allowed.

IT IS SO ORDERED.

Enter for this  4th  day of  May  , 2012.

s/Thomas M. Rose
Hon. Thomas M. Rose
United States District Court