IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AGSTAR FINANCIAL SERVICES, PCA, *et al.*, | ) ) CASE NO. 3:11-cv-00280 |
| Plaintiffs, | ) ) JUDGE THOMAS M. ROSE |
| vs. | ) ) |
| EASTWOOD DAIRY, LLC, *et al.*, | ) ) |
| Defendants. | ) |

### ORDER AUTHORIZING DISBURSEMENT OF PROCEEDS TO AGSTAR FINANCIAL SERVICES, FLCA AND AGSTAR FINANCIAL SERVICES, PCA

This matter is before the Court on the Motion of Receiver, Roach & Associates, LLC ("Roach" or "Receiver"), for an Order Authorizing Disbursement of Proceeds to AgStar Financial Services, FLCA, and AgStar Financial Services, PCA (collectively, "AgStar") filed May 7, 2012 (ECF No. 50) (the "Motion"). In the Motion, the Receiver seeks to have the Court authorize the disbursement of the net sale proceeds, as derived from the sale of the Receivership Property, to AgStar. The sale was conducted pursuant to an *Order Approving Bid Procedures, Setting Sale Hearing and Related Matters*, entered February 24, 2012 (ECF No. 40) (the "Sale Order"), granting the Receiver's unopposed Receiver's *Motion for Entry of an Order (1) Authorizing Sale of Receivership Property Free and Clear of Liens, Claims and Encumbrances; (2) Approving Bid Procedures With Regard to Sale of Receivership Property; (3) Scheduling Sale Hearing; and (4) Approving Other Matters Related to the Sale of Receivership Property* entered February 10, 2012 (ECF No. 33), and an *Order Confirming Sale of Receivership Property Free and Clear of All Liens, Claims and Encumbrances* entered on April 11, 2012 (ECF No. 45).

The Court being duly advised, GRANTS the Receiver's Motion and ORDERS that:

The Receiver may disburse the net sale proceeds in the amount of $4,842,830.64 to AgStar.

SO ORDERED on June 4, 2012.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT COURT