UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**AGSTAR FINANCIAL SERVICES,
PCA, et al.**

        **Plaintiffs,**

**-v-**

**EASTWOOD DAIRY, LLC, et al.,**

        **Defendants.**

Case No. 3:11-cv-280

Judge Thomas M. Rose

---

## CASE TERMINATION ENTRY

---

This matter is hereby terminated on the docket records of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio this First Day of July, 2013.

                                                          s/Thomas M. Rose

                                                   THOMAS M. ROSE
                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record